17-3268-CV-S-BP-P

Michael D Stacy

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. 17-3254-CV-S-RK-P
*(to be filled in by the Clerk's Office)*

-against-

Taney county correctional Facility
Jimmie Russell et al

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. ☒ Yes ☐ No

2

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Michael D Stacy

All other names by which you have been known:

ID Number
Current Institution: Taney county correctional Facility
Address: Po Box 1005 Forsyth mo 65653

## B. The Defendant(s)

- Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.

- Make sure that the defendant(s) listed below are identical to those contained in the above caption.

- For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.

- Attach additional pages if needed.

Defendant No. 1

Name: Taney county correctional Facility
Job or Title (if known):
Shield Number:
Employer: Taney county
Address: 266 main St, PoBox 1005 Forsyth mo. 65653

☒ Individual capacity    ☒ Official capacity

3

Defendant No. 2

Name: Jimmie Russell Et AL

Job or Title (if known): Sheriff

Shield Number:

Employer: Taney county correctional Facility

Address: 266 Main St P.o.Box 1065 Forsyth MO 65653

☒ Individual capacity     ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.

What federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Right to access legal material law library Right to Do process, To be afforded a hearing and produce Evendence for my defense as well as Apeal rights

4

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you?
- What injuries did you suffer?
- Who was involved in what happened to you?
- How were the defendants involved in what happened to you?
- Where did the events you have described take place?
- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

It is the policy of this institution of taney county to not allow me a hearing or the right to apeal the decition or sentence that is given for segregative confinement Allowing the one officer to make the rules and the sentence time given, not allowing the chance to produce Evedence to prove your inacence.

5

IV. I had made multiple requests to be alloded the right to access the law library and legal material to study my case because I'm pro se. I was told by several correctional officers George, Dove, Kim. That the Jail doesent have a law library and to access one I had to ask the judge for legal material. So when I went to court and asked judge Tiffany Yarnell I was told she would look in to the request. The next court date 30 days latter I was told by her that she had looked in to my inquirry and that There was no law library and that she diden't know what to tell me.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I've been kept in segregative confinement allowed only 1 hour out of my cell a day and have been here for 2½ months and have several months by my self to go. I also am pro se in my criminal case and I'm not being able to study my case to understand how to defend my self properly what motions to file or what to do what so ever with it is resulting in a unjustified conviction because of a forced ignorance.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Ask the courts to have the facility provide what I need as material to study and defend my self to the best of my ability, up to date legal material as well as the means. Also to vacate any sentence imposed with out affording me do process rights. Punitive Damages of $250,000 for pain and suffering and mental anguish.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

Case 6:17-cv-03268-BP   Document 1   Filed 08/22/17   Page 6 of 13

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   ☒ Yes
   ☒ No

   If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
   Teney county correctional center

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

   ☒ Yes
   ☐ No
   ☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

   ☐ Yes
   ☒ No
   ☐ Do not know

   If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

   ☒ Yes
   ☐ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   To the officers on shift But the grivince System isent honered what so Ever

2. What did you claim in your grievance? *(Attach a copy of your grievance, if available)*

   Requested to use law library and Requested to have a hearing and produce Evidince to prove my inocence

3. What was the result, if any? *(Attach a copy of any written response to your grievance, if available)*

   Nether one was grinieble becuse it was pobcey and my grivence was thrown away like all of Everyone Elses

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Atemps where made but never a response and I was told thats just how our rules are. And that no matter how much I complain theres nothing I can do about it.

8

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   _____
   _____
   _____
   _____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   Several officials where informed verbaly, David, Kim, Dave, Esly, Randy, amy, Ect and I was only told good luck its not gonna happen or change

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   _____
   _____
   _____

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

9

Case 6:17-cv-03268-BP   Document 1   Filed 08/22/17   Page 9 of 13

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) _____

      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?

      ☐ Yes
      ☐ No

      If no, give the approximate date of disposition. _____

10

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
   ☐ Yes
   ☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?

      ☐ Yes
      ☐ No *(If no, give the approximate date of disposition)*:
      _____

11

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

   _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-15, 2017

Signature of Plaintiff: *Michael Stacy*
Printed Name of Plaintiff: Michael Stacy
Prison Identification #: _____
Prison Address: Taney county Jail P.O Box 1005
City State Zip Code: Forsyth mo 65653

Michael Stacy
Taney County Jail
Po Box 1005
forsyth mo
65653

Clerks office
United States District court
400 East 9th street Room 1510
Kansas city mo.
64106